IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| ERNEST PADILLA, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT DOTSON, DECEASED; KIMBERLY DOTSON, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF JULIA DOTSON; AND ZACHARY-MORA DOTSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FARMINGTON, NEW MEXICO; DANIEL ESTRADA; DYLAN GOODLUCK; AND WAYLON WASSON<br><br>    Defendants. | Case No. 1:23-cv-00790-MLG-KK |

_____

**PLAINTIFFS' RESPONSE TO CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT 1: DISMISSAL OF PLAINTIFF JULIA DOTSON AND ZACHARY MORA-DOTSON'S FOURTH AMENDMENT ILLEGAL SEIZURE CLAIMS AGAINST OFFICERS BASED ON THE APPLICATION OF QUALIFIED IMMUNITY**
_____

Plaintiffs, for their Response to City Defendants' Motion for Partial Summary Judgment 1: Dismissal of Plaintiff Julia Dotson and Zachary Mora-Dotson's Fourth Amendment Illegal Seizure Claims against Officers based on the Application of Qualified Immunity, state the following:

(1) Plaintiffs do not make a claim under 42 U.S.C Section 1983 for the detention and false imprisonment of the children, Julia Dotson and Zachary Mora-Dotson. These claims are brought

_____
CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT: DISMISSAL OF PLAINTIFF JULIA DOTSON AND ZACHARY MORA-DOTSON'S FOURTH AMENDMENT ILLEGAL SEIZURE CLAIMS AGAINST OFFICERS BASED ON THE APPLICATION OF QUALIFIED IMMUNITY

PAGE 1

under the New Mexico Tort Claims Act as set forth in the Third Claim for Relief in Plaintiff's First Amended Original Complaint and under the New Mexico Civil Rights Act as set forth in the Second Claim For Relief in the Amended Complaint. Plaintiff's counsel has corresponded with counsel for the Defendants regarding this and has submitted a Stipulation. No response has yet been received from Defense counsel.

(2) The Motion for Summary judgment should be denied because no claim exists for which a Summary Judgment can be granted as requested in the Motion for Partial Summary Judgment.

Respectfully submitted,

**THE PERRIN LAW FIRM**
Doug Perrin
369 Montezuma Ave., PMB #334
Santa Fe, New Mexico 87501
Telephone: (505) 989-8800
Facsimile: (214) 646-6117
Email:  dougperrin@perrinlaw.org
*/s/ Doug Perrin*

**Clark, Jones, & Ruyle LLC.**
Thomas M. Clark
432 Galisteo St.
Santa Fe, NM
87501
Telephone: (505) 820-1825
Facsimile: (505) 986-0475
Email:
tmclark@cjrlawsf.com
*/s/ Thomas M. Clark*

**ATTORNEYS FOR PLAINTIFFS**

**CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT: DISMISSAL OF PLAINTIFF JULIA DOTSON AND ZACHARY MORA-DOTSON'S FOURTH AMENDMENT ILLEGAL SEIZURE CLAIMS AGAINST OFFICERS BASED ON THE APPLICATION OF QUALIFIED IMMUNITY**

**PAGE 2**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was forwarded to counsel for Defendants on this 5th day of March 2024, as stated below:

**VIA E-SERVICE**
Luis Robles


*/s/Doug Perrin*
Doug Perrin

___
**CITY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT: DISMISSAL OF PLAINTIFF JULIA DOTSON AND ZACHARY MORA-DOTSON'S FOURTH AMENDMENT ILLEGAL SEIZURE CLAIMS AGAINST OFFICERS BASED ON THE APPLICATION OF QUALIFIED IMMUNITY**

**PAGE 3**