**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

## Motion Hearing

| | | | | | |
|---|---|---|---|---|---|
| *CV No:* | 23-790 MLG- | *Date:* | August 16, 2024 | | |
| *Caption:* | Padilla, et al v. City of Farmington, et al | | | | |
| *Clerk:* | S. Bunch | *Court Reporter:* | P. Baca | *Courtroom:* | Gila |
| *Time In:* | 9:29 AM | *Time Out:* | 11:40 AM | *Total Time:* | 1:21 (131 minutes) |
| *Court's Ruling/Disposition:* | | Will take the matters under advisement and issue written order(s) promptly. | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| Kenneth Perrin and Thomas Clark | Luis Robles |

### PROCEEDINGS

9:30 AM the Court is in session; counsel enter their appearances

9:31 AM Mr. Robles addresses the Court arguing for Defendants' Motion for Partial Summary Judgment No. 1.

9:33 AM Mr. Perrin addresses court responding to Court's questions regarding Defendants' Motion for Partial Summary Judgment No. 1 and represents to the Court a proposed stipulation between the parties regarding Defendants' Motion for Partial Summary Judgment No. 1

9:34 AM The Court will enter order memorializing the parties' discussion and agreement regarding Defendants' Motion for Partial Summary Judgment No. 1

9:35 AM Mr. Robles addresses the withdraw of Defendants' Motion for Partial Summary Judgment No. 3

9:36 AM Mr. Robles seeks to strike Defendants' Motion for Partial Summary Judgment No. 3

9:37 AM Mr. Perrin addresses Mr. Robles' statement

9:40 AM Mr. Robles addresses the court arguing for Defendants' Motion for Partial Summary Judgment No. 2

10:05 AM Defense counsel presents compilation of Defendants' exhibits K and P

10:09 AM Mr. Robles continues argument regarding Defendants' Motion for Partial Summary Judgment No. 2

10:37 AM Mr. Perrin addresses court and responds to Mr. Robles' arguments

10:58 AM Mr. Clark addresses the court regarding facts contained in the videos shown to the Court by Mr. Robles and responds to Mr. Robles' arguments regarding the reasonableness of Defendants' conduct

11:14 AM Mr. Robles responds to Mr. Perrin's and Mr. Clark's arguments regarding 10th Circuit case law and the raised factual disputes

11:31 AM Mr. Perrin addresses Mr. Robles' argument regarding admissibility of a statement by the Chief of Police

11:33 AM The Court questions Mr. Perrin regarding procedural posture of Plaintiffs' claims and Mr. Perrin replies

11:34 AM The Court addresses the parties and reserves ruling on motions. The Court confirms it will release a short order memorializing the agreement between the parties regarding Defendants' Partial Motion for Summary Judgment No. 1.

11:40 AM the Court is in recess