IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST PADILLA, PERSONAL REPRESENTATIVE
OF THE ESTATE OF ROBERT DOTSON, DECEASED;
KIMBERLY DOTSON,
INDIVIDUALLY AND AS PARENT AND NEXT FRIEND
OF JULIA
DOTSON; AND ZACHARY-MORA DOTSON,

    Plaintiffs

v.                                                    Case No. 1:23-cv-00790-MLG-KK

CITY OF FARMINGTON, NEW MEXICO;
DANIEL ESTRADA; DYLAN GOODLUCK;
AND WAYLON WASSON,

    Defendants.

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1**

Defendants City of Farmington, New Mexico, Daniel Estrada, Dylan Goodluck, and Waylon Wasson (collectively "Defendants") filed its motion for partial summary judgment no. 1, Doc. 35, ("Motion") on February 19, 2024, asking the Court to grant summary judgment on Plaintiffs Julia Dotson and Zachary Mora-Dotson's Fourth Amendment illegal seizure claims alleged in Plaintiffs' amended complaint. Doc. 29. Having reviewed the parties' submissions and the applicable law, and having held a hearing on August 16, 2024, the Court grants the Motion pursuant to the parties' agreement as expressed to the Court at the August 16, 2024, hearing.[1] Doc. 69; Transcript of Aug. 16, 2024, Hearing at 4:19-7:24, *Padilla et al. v. City of Farmington et al.*,

---

[1] To summarize that discussion, Plaintiffs do not assert a federal constitutional claim for illegal seizure, and Defendants simply want clarity on that point. Transcript of Aug. 16, 2024, Hearing at 4:19-7:10, *Padilla et al. v. City of Farmington et al.*, 23-CV-00790.

1

23-CV-00790. Defendants' motion for partial summary judgment no. 1, Doc. 35, regarding Julia Dotson and Zachary Mora-Dotson's Fourth Amendment illegal seizure claims is hereby granted.

It is so ordered.

                                      UNITED STATES DISTRICT JUDGE
                                      MATTHEW L. GARCIA