# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

## Motion Hearing

| | | | | | |
|---|---|---|---|---|---|
| *CV No:* | 23-790 MLG-KK | *Date:* | May 2, 2025 | | |
| *Caption:* | Padilla, et al v. City of Farmington | | | | |
| *Clerk:* | E. Romero | *Court Recording:* | Liberty | *Courtroom:* | Cimarron |
| *Time In:* | 9:28 | *Time Out:* | 10:50 | *Total Time:* | 1 hour 22 minutes |
| *Court's Ruling/Disposition:* | Court will take the matter under advisement. Doc 77 | | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| Kenneth Perrin & Thomas Clark | Luis Robles |

### PROCEEDINGS

9:28 Court in session; Parties state appearances.

Court addresses parties re: qualified immunity ruling. Order will be out shortly; Questions why Court would keep case once that issue is resolved.

Mr. Perrin responds; Wants to confirm with client; Would proceed in State Court.

Mr. Robles responds; Believes Court should retain jurisdiction on outlined claim(s).

Mr. Perrin responds and answers Court's questions. Requests 10 days to discuss dismissal issue.

Mr. Robles responds.

Mr. Perrin responds. Outlines claims that can be dismissed.

Court clarifies claims.

Mr. Robles responds and answers Court's questions re: agreements made.

Mr. Perris answers Court's question.

Court clarifies claims that should be dismissed.

Mr. Robles concurs.

Court clarifies remaining claims.

Parties concur.

Mr. Robles addresses Court on Motion – Doc. 77.

Mr. Robles answers Court's questions.

Mr. Perrin responds and answers Court's questions.

Mr. Robles rebuttal.

Parties to provide Court with proposed order that disposes of motions previously outlined - due by close of business on May 9, 2025.

Court takes remaining motion under advisement.

Court addresses parties re: motion to lift stay – inclined to lift stay. Will enter an order at a later date.

Parties have nothing to add.

Court offers a referral to any Magistrate Judge for settlement conference.

10:50 Court is adjourned