IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ERNEST PADILLA, PERSONAL REPRESENTATIVE
OF THE ESTATE OF ROBERT DOTSON, DECEASED;
KIMBERLY DOTSON,
INDIVIDUALLY AND AS PARENT AND NEXT FRIEND
OF JULIA
DOTSON; AND ZACHARY-MORA DOTSON,

       Plaintiffs,

vs.

CITY OF FARMINGTON, NEW MEXICO;
DANIEL ESTRADA; DYLAN GOODLUCK;
AND WAYLON WASSON

       Defendants.

Case No. 1:23-cv-00790-MLG-KK

## **PLAINTIFFS' MOTION TO VACATE SETTLEMENT CONFERENCE**

Plaintiffs, by and through their undersigned attorneys, hereby move the Court to Vacate the settlement conference scheduled by Order of Judge Khalsa on May 5, 2025.

As grounds for this Motion, Plaintiffs state that Judge Garcia indicated at the hearing on May 2 that it was the parties' option whether to mediate at this time or not. Plaintiffs do not believe a settlement conference at this time will be fruitful.

Defendants do not oppose the relief sought in this Motion.

WHEREFORE, Plaintiffs pray that the settlement conference and related deadlines be vacated, and for such other further relief as the Court may deem to be just and proper.

Respectfully submitted,

**THE PERRIN LAW FIRM**
Doug Perrin
432 Galisteo
Santa Fe, New Mexico 87501
Telephone: (505) 946-8149
Facsimile: (214) 646-6117
Email:  dougperrin@perrinlaw.org
*/s/ Doug Perrin*

**Clark, Jones, & Ruyle LLC.**
Thomas M. Clark
432 Galisteo St.
Santa Fe, NM  87501
Telephone: (505) 820-1825
Facsimile: (505) 986-0475
Email: tmclark@cjrlawsf.com
*/s/ Thomas M. Clark*

Attorneys for Plaintiffs

<u>**Certificate of Service**</u>

I hereby certify that the foregoing was electronically filed through the CM/ECF on this  9th day of May 2025, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>**E-SERVICE**</u>
Luis Robles