IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST PADILLA, Personal Representative
of the Estate of ROBERT DOTSON, deceased;
KIMBERLY DOTSON, individually
and as parent and next friend of JULIA DOTSON;
and ZACHARY-MORA DOTSON,

    Plaintiffs,

v.                                            Case No. 1:23-cv-00790-MLG-KK

CITY OF FARMINGTON, NEW MEXICO;
DANIEL ESTRADA; DYLAN GOODLUCK;
and WAYLON WASSON,

    Defendants.

**ORDER GRANTING DEFENDANT OFFICERS' MOTION FOR PARTIAL SUMMARY JUDGMENT No. VI AND No. VII AND DENYING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE FALSE IMPRISONMENT CLAIMS AGAINST DEFENDANT OFFICERS AS MOOT**

This matter is before the Court on Defendant officers' Motions for Partial Summary Judgement No. VI, Doc. 86, and VII, Doc. 87. The Court held a hearing on these motions, among others, on May 2, 2025. *See* Doc. 107. At the hearing, Plaintiffs' counsel agreed that Defendant officers' Motions for Partial Summary Judgment Nos. VI and VII are well taken and should be granted by this Court. Mtn. Hearing at 0:25:04-0:26:16, *Padilla et al. v. City of Farmington et al.*, (May 2, 2025). Accordingly, given this stipulation, it hereby ordered that:

    A.    Defendants Daniel Estrada, Dylan Goodluck, and Waylon Wasson's Motion for Partial Summary Judgment No. VI: Dismissal of Plaintiff Kimberly Dotson's False Imprisonment Tort Claim, Doc. 86, is granted. Summary judgment is entered in favor of the Defendant officers on Ms. Dotson's false imprisonment tort claims against the individual officers;

    B.    Defendants Daniel Estrada, Dylan Goodluck, and Waylon Wasson's Motion for

2

Partial Summary Judgment No. VII: Dismissal of Julia Dotson's and Zachary Mora-Dotson's Assault, Battery, and False Imprisonment Tort Claims, Doc. 87, is granted. Summary judgment is entered in favor of the Defendant officers on Julia Dotson's and Zachary Mora-Dotson's assault, battery and false imprisonment tort claims against the individual officers; and

      C.      Plaintiffs' Motion to Dismiss Without Prejudice False Imprisonment Claims Against Defendant Officers, Doc. 88, is denied as moot because the parties have agreed the Court should grant the Defendant officers' Motions for Partial Summary Judgment Nos. VI and VII and enter judgment in the Defendant officers' favor on those claims. *See generally* Doc. 107. The Court does so herein.

                                                              UNITED STATES DISTRICT JUDGE
                                                              MATTHEW L. GARCIA