# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

*Motion Hearing*

| | | | |
|---|---|---|---|
| CV No: | 23-790 MLG-KK | Date: | July 3, 2025 |
| Caption: | Padilla, et al v. City of Farmington, et al | | |
| Clerk: | E. Romero | Court Recording: Liberty | Courtroom: Cimarron |
| Time In: 9:29 | Time Out: 10:00 | | Total Time: 31 minutes |
| Court's Ruling/Disposition: | Court will take the matter under advisement | | |

**Attorney(s) Present for Plaintiff(s):** Kenneth Perrin and Thomas Clark

**Attorney(s) Present for Defendant(s):** Luis Robles

## PROCEEDINGS

9:29 Court in session; parties state appearances.

Mr. Perrin answers Court's question. Requests case be dismissed.

Mr. Robles answers Court's question re: motions for summary judgment.

Mr. Robles addresses Court on motion and answers Court's questions.

Court clarifies argument/request made by Mr. Robles.

Mr. Robles concurs.

Court has not entered an order lifting stay of discovery.

Mr. Perrin responds. Agreeable to dismissal of Ms. Dotson's claims.

Mr. Perrin answers Court's questions.

Parties to provide Court with a stipulation of dismissal of 4th amendment claim.

Court will take the remaining matter under advisement.

Mr. Perrin has nothing to add.

Mr. Robles addresses Court re: case law and procedural issue in this case versus others.

10:00 Court is adjourned.