IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| ERNEST PADILLA, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT DOTSON, DECEASED; KIMBERLY DOTSON, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF JULIA DOTSON; AND ZACHARY-MORA DOTSON, <br><br>      Plaintiffs, <br><br>vs. <br><br>CITY OF FARMINGTON, NEW MEXICO; DANIEL ESTRADA; DYLAN GOODLUCK; AND WAYLON WASSON <br><br>      Defendants. | Case No. 1:23-cv-00790-MLG-KK |

## **MOTION TO DISMISS KIMBERLY DOTSON'S FEDERAL CLAIM**

Plaintiff Kimberly, by and through her undersigned attorneys, has previously withdrawn her individual claim under federal law set forth in the First Claim for Relief in Plaintiffs' Second Amended Complaint, and now requests the Court to dismiss said claim with prejudice pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure.

Defendants agree to this dismissal of this claim with prejudice.

      Respectfully submitted,

      **THE PERRIN LAW FIRM**
      Doug Perrin
      432 Galisteo
      Santa Fe, New Mexico 87501
      Telephone: (505) 946-8149

Facsimile: (214) 646-6117
Email: dougperrin@perrinlaw.org
*/s/ Doug Perrin*

**Clark, Jones, & Ruyle LLC.**
Thomas M. Clark
432 Galisteo St.
Santa Fe, NM  87501
Telephone: (505) 820-1825
Facsimile: (505) 986-0475
Email: tmclark@cjrlawsf.com
*/s/ Thomas M. Clark*

Attorneys for Plaintiffs

Agreed:
/s/ Luis Robles
Luis Robles

### Certificate of Service

I hereby certify that the foregoing was electronically filed through the CM/ECF on this 11th day of July 2025, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**E-SERVICE**
Luis Robles

WITHDRAWAL OF CLAIM                                                                                                      2