IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST PADILLA, PERSONAL REPRESENTATIVE
OF THE ESTATE OF ROBERT DOTSON, DECEASED;
KIMBERLY DOTSON, INDIVIDUALLY
AND AS PARENT AND NEXT FRIEND
OF JULIA DOTSON;
AND ZACHARY-MORA DOTSON,

    Plaintiffs,

v.                                                Case No. 1:23-cv-00790-MLG-KK

CITY OF FARMINGTON, NEW MEXICO;
DANIEL ESTRADA; DYLAN GOODLUCK;
and WAYLON WASSON,

    Defendants.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Granting Motion to Dismiss and Declining to Exercise Supplemental Jurisdiction filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered as follows.

1. Summary judgment has been entered for Defendants on the Estate of Robert Dotson's federal Fourth Amendment claim (Doc. 112);

2. Kimberly Dotson's federal Fourth Amendment claim has been dismissed with prejudice (Doc. 120);

3. Summary judgment has been entered for Defendants on Julia Dotson and Zachary Mora-Dotson's federal Fourth Amendment claims (Doc. 70);

4. Summary judgment has been entered for Defendants on Kimberly Dotson's false imprisonment tort claim against the Individual Officers (Doc. 117);

2

5. Summary judgment has been entered for Defendants on Julia Dotson and Zachary Mora-Dotson's false imprisonment, assault, and battery tort claims against the Individual Officers (Doc. 117); and

6. All remaining state law claims raised in Plaintiffs' second amended complaint, Doc. 82, are dismissed without prejudice, with the result that no claims remain pending as to any party.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA